NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KIMBERLY ANN STRUTHERS,          )
                                 )
              Appellant,          )
                                 )
v.                               )          Case No. 2D17-3585
                                 )
BANK OF AMERICA, N.A.; PHILIP SCOTT )
STRUTHERS; CITRUS STEEPLECHASE   )
HOMEOWNERS' ASSOCIATION, INC.;   )
LESTER MALLET; MELVIN JEFFERSON; )
BRENDA JEFFERSON; BRANDAN        )
MATIVI; GROW FINANCIAL FEDERAL   )
CREDIT UNION f/k/a MacDill Federal )
Credit Union; HIBU, INC. f/k/a Yellow Book )
Sales and Distribution Company, Inc.; and )
UNKNOWN TENANT #1 n/k/a Jason    )
Naegel,                          )
                                 )
              Appellees.          )
_____)

Opinion filed October 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Martha J. Cook,
Judge.

Jared M. Krukar and Dineen Pashoukos
Wasylik of DPW Legal, Tampa, for
Appellant.

Jennifer Lima-Smith of Gilbert Garcia
Group, P.A., Tampa; and Mary J. Walter of
Liebler, Gonzalez & Portuondo, Miami, for
Appellee Bank of America, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

BLACK, LUCAS, and ATKINSON, JJ., Concur.